# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Michael J. Mirras ) | |
| Plaintiff, ) | |
| v. ) | Civil Action Number |
| ) | CV-05-2360-S |
| Trans Union LLC ) | |
| Defendant. ) | |

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s)_____

**Trans Union LLC 555 W. Adams Street, Chicago, IL. 60661**

by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Plaintiff *Pro se*
Michael J. Mirras 05/22/05