FILED
2005 Dec-21  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL J. MIRRAS,** | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. CV-05-J-2360-S |
| v. | § § § | |
| **TRANS UNION LLC** | § § | |
| Defendant. | | |

## DEFENDANT TRANS UNION LLC'S
## RULE 7.1(a) DISCLOSURE STATEMENT

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses the following information:

1. Parent Companies:  Trans Union LLC is wholly owned by TransUnion Corporation, a Delaware Corporation.

2. No part of Trans Union is publicly held.

Respectfully submitted,

s// Kary Bryant Wolfe
**KARY BRYANT WOLFE** (WOL016)
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

***ATTORNEYS FOR TRANS UNION LLC***

29569.1/SPD/83057/0414/122105

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to :

      No email participants;

      And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      Michael J. Mirras
      12484 Windy Ridge Dr.
      McCalla, AL 35111-2800

                              s// Kary Bryant Wolfe
                              OF COUNSEL

29569.1/SPD/83057/0414/122105