FILED

2005 Dec-27  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

Michael J. Mirras

**Case No.: CV-05-J-2360-S**
**(Trial by Jury is demanded)**

**Trans Union LLC**

## PLAINTIFFS' MOTIONS TO QUASH
## DEFENDANT TRANS UNION LLC'S ORIGINAL ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW the Plaintiff, Michael J. Mirras.

The defendant makes Motion to the Court to deny the Plaintiffs relief requested in the above action and complaint.

Plaintiff responds to all pleadings by the Defendant in this Motion

The Plaintiff received the Motion, Trans Unions answer to the Complaint on December 23,2005

The counsel for the Defendant filed this Motion on December 21, 2005 via the PACER system as such the Motion or any pleas were outside the time frame allotted by this Court of TWENTY 20 days to respond to the complaint as noticed in the Summons and rules of the Court which the Defendant was duly served on November 29th 2005 and which the time for response ended on December 19th 2005.

As such the Pleading of the Defendant is Moot and bears no Merit, their time for response had expired. The Plaintiff respectfully requests the Court to Quash the defendants motion and grant default judgement as outlined in the Plaintiffs complaint, Motion for Default Judgement and the rules of procedure affecting default judgement.

Respectfully submitted this 26th day of December 2005

Michael J. Mirras

33

12484 Windy Ridge Drive
McCalla, AL. 35111-2800
205-938-1982/559-4610

## Certificate Of Service

I hereby certify I have served a copy of the forgoing Motion of
Affidavit in Support of Default on, Kary Bryant Wolfe Counsel for the
Defendant at PO Box 830642, Birmingham, AL. 35283-0642 by U.S.
Mail postage pre-paid on this 26th day of December 2005 2004.

Plaintiff