IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, <br> Plaintiff, <br><br> V. <br><br> TRANS UNION LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 2:05-CV-02360-IP-J <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE JOHNSON:

Plaintiff Michael Mirras files this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Michael Mirras and Trans Union LLC to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

*[signature]*

MICHAEL J. MIRRAS
michaelmirras@yahoo.com
12484 Windy Ridge Drive
McCalla, AL  35111-2800
205-938-1982
205-559-4610 (Fax)

**PLAINTIFF PRO SE**

AND

_[signature]_

KARY BRYANT WOLFE   #WOL016
WALSTON WELLS ANDERSON & BIRCHALL
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

and

**MARC F. KIRKLAND**
Texas Bar No. 24046221
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
(469) 287-3946
(469) 227-6567 (Fax)

*ATTORNEYS FOR TRANS UNION LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participant in this case:

Michael J. Mirras
12484 Windy Ridge Drive
McCalla, AL  35111-2800
PLAINTIFF PRO SE

_[signature]_
MARC F. KIRKLAND

2