# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MIRRAS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 05-J-2360-S |
| TRANS UNION LLC, | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 22), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 29th day of June 2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE